UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-103-01-JL

<u>Luis Antonio Santos Burgos</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted. Continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: July 21, 2009

cc: Jeff Levin, AFD
    Terry Ollila, AUSA
    U.S. Marshal
    U.S. Probation