UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-103-01-JL

<u>Luis Antonio Santos Burgos</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 16) filed by the defendant is granted in part; the continuance is limited to 60 days.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               */s/ Joe Laplante*
               _____
               Joseph N. Laplante
               United States District Judge

Date:  September 2, 2009

cc: Jorel Booker, Esq.
   Terry Ollila, Esq.
   U.S. Marshal
   U.S. Probation