UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                          Criminal No. 09-cr-103-01-JL

Luis Antonio Santos Burgos


                              O R D E R


     The assented to motion to reschedule jury trial (document no.

20) filed by defendant is granted in part.   The continuance is

limited to 30 days.

     Defendant shall file a waiver of speedy trial rights within 10

days.   The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.

     SO ORDERED.



                                        /s/ Joseph N. Laplante

                                       Joseph N. Laplante
                                       United States District Judge

Date: November 12, 2009



cc:  Jorel V. Booker, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation