UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-103-01-JL

<u>Luis Antonio Santos Burgos</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 25 ) filed by defendant is granted.  The continuance is limited to 60 days.  The court will not likely grant further continuances, and assumes that all required discovery has been provided.  Counsel should not assume that the case will proceed to trial in 60 days as scheduled.  Final Pretrial is rescheduled to February 18, 2010 at 11:00am; Trial is continued to the two-week period beginning March 2. 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: December 15, 2009

cc:   Andrew Scott Winters, Esq.
      Terry L. Ollila, AUSA
      U.S. Marshal
      U.S. Probation