```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                      Criminal No. 09-cr-103-01-JL

<u>Luis Antonio Santos Burgos</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 31 ) filed by defendant is granted; Final Pretrial is rescheduled to April 23, 2010 at 2:30 p.m.; Trial is continued to the two-week period beginning May 4, 2010, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      /s/ Joseph N. Laplante

Date:  February 19, 2010

cc:  Andrew Scott Winters, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation