UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 09-cr-103-01-JL

Luis Antonio Santos Burgos

O R D E R

    The assented to motion to reschedule jury trial (document no. 34 ) filed by defendant is granted. Continuance is limited to 60 days. No further continuances without a hearing; Final Pretrial is rescheduled to June 18, 2010 at 2:00pm; Trial is continued to the two-week period beginning July 7, 2010 at 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                               _____
                                             Joseph N. Laplante
                                             United States District Judge

Date: April 22, 2010

cc: Andrew Scott Winters
    Terry L. Ollila
    U.S. Marshal
    U.S. Probation